IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRITISH AIRWAYS, PLC, <br> a foreign corporation, <br><br> Plaintiff, <br> v. <br><br> The CITY OF CHICAGO, <br> a municipal corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: 1:21-cv-06371 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF BRITISH AIRWAYS, PLC'S AMENDED
LOCAL RULE 3.2 NOTICE OF AFFILIATES**

Pursuant to Northern District of Illinois Local Rule 3.2, the undersigned attorneys of record for Plaintiff BRITISH AIRWAYS, PLC ("British Airways"), certify that the International Consolidated Airlines Group, S.A. is the parent company of British Airways, that there is no parent company of International Consolidated Airlines Group, S.A., and that no other publicly held corporation owns 5% or more stock of British Airways.

Dated: November 30, 2021

                                             Respectfully submitted,

                                             EIMER STAHL

                                             By: /s/ Brent R. Austin
                                             Brent R. Austin
                                             224 South Michigan Avenue, Suite 1100
                                             Chicago, Illinois 60604
                                             Telephone: (312) 660-7600
                                             Facsimile: (312) 692-1718
                                             baustin@eimerstahl.com

Anthony U. Battista
CONDON & FORSYTH LLP
7 Times Square
New York, New York 10036
Telephone: (212) 894-6700
Facsimile: (212) 370-4453
abattista@condonlaw.com

*Attorneys for Plaintiff*
BRITISH AIRWAYS, PLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ *Brent R. Austin*

Brent R. Austin
EIMER STAHL LLP
224 S. Michigan Ave.
Suite 1100
Chicago, IL 60604
(312) 660-7600 (telephone)
(312) 692-1718 (facsimile)
baustin@eimerstahl.com

*Attorney for Plaintiff*
BRITISH AIRWAYS, PLC