# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: British Airways, PLC v. The City of Chicago

Case Number: 1:21-cv-06371

An appearance is hereby filed by the undersigned as attorney for:

British Airways, PLC

Attorney name (type or print): Anthony U. Battista

Firm: Condon & Forsyth LLP

Street address: 7 Times Square

City/State/Zip: New York, New York 10036

Bar ID Number: 2802775
(See item 3 in instructions)

Telephone Number: (212) 894-6700

Email Address: abattista@condonlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/1/2021

Attorney signature: S/ Anthony U. Battista
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015